**Order entered November 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00482-CR

### JOVONISH DAVOE ARNOLD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20106-S**

## ORDER

The Court **REINSTATES** the appeal.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeffery Buchwald; and (3) Mr. Buchwald requested forty-five days from the October 28, 2015 findings to file appellant's brief.

We note that appellant's brief is more than three months overdue and Mr. Buchwald at no time requested an extension of time from this Court to file the brief. Nevertheless, we **ORDER** appellant to file his brief by **DECEMBER 11, 2015**. No further extensions will be granted. If the brief is not filed by the date specified, the Court will utilize its available remedies to obtain

the brief, which may include ordering that Jeffery Buchwald be removed as appellate counsel and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
            JUSTICE